UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3M COMPANY,<br><br>            Plaintiff,<br><br>      v.<br><br>UGLY JUICE, LLC DBA GOOD USE, et al.,<br><br>            Defendants. | Case No.  21-cv-02338-SVK<br><br>**ORDER FOR REASSIGNMENT TO A DISTRICT JUDGE** |

On April 19, 2021, Plaintiff filed a motion for a temporary restraining order and/or preliminary injunction.  Dkt. 10.  Plaintiff has consented to the jurisdiction of a magistrate judge.  Dkt. 8.  On April 19, 2021, the Court contacted counsel for Defendants and requested that each party file a consent or declination by noon on April 20, 2021.  None of the Defendants filed the consent/declination form by that deadline.  Due to the time-sensitive nature of Plaintiff's motion for a temporary restraining order and/or preliminary injunction, the Court ORDERS the case reassigned to a district judge.

**SO ORDERED.**

Dated: April 20, 2021

SUSAN VAN KEULEN
United States Magistrate Judge