DOUGLAS SMURR (SBN: 133550)
dsmurr@grsm.com
VIOLAINE C. BRUNET (SBN: 305609)
vbrunet@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (916) 830-6532
Facsimile: (415) 986-8054

Attorneys for Plaintiff
3M COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3M COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>UGLY JUICE, LLC, a California Limited Liability Company, dba GOOD USE; RDGIV Holdings LLC, an Alabama Limited Liability Company; GRANT CARLSON, BLAIR BORTHWICK, SLAVA CHUPRYNA, SABRINA CORPUS, and RALPH DEWAR GAINES,<br><br>Defendants. | CASE NO. 21-cv-02338-SVK<br><br>Hon. Edward J. Davila<br><br>**SUPPLEMENTAL DECLARATION OF DOUGLAS SMURR IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Hearing Date: April 22, 2021<br>Hearing Time: 9:45AM<br>Status Conference<br>Location: Via Zoom Webinar Link |

**SUPPLEMENTAL DECLARATION OF DOUGLAS SMURR**

I, Douglas Smurr, declare:

1. I am an attorney at law licensed to practice in the State of California. I am Of Counsel with Gordon Rees Scully Mansukhani, LLP, counsel of record for Plaintiff 3M, in the above-captioned case. I make this declaration in support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.

2. I saved true and correct digital copies of emails I received from 3M on April 20,

-1-

**SUPPLEMENTAL DECLARATION OF DOUGLAS SMURR ISO MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

1  2021, advising me that 3M had just found and processed another fraud case involving
2  Defendant Ugly Juice, LLC dba Good Use ("Ugly Juice"); Grant Carlson ("Carlson"); and
3  Sabrina Corpus ("Corpus," and each collectively referred to as the "Ugly Juice Defendants"),
4  involving a health care provider in Shelbyville, Indiana (3M Case # 22604629).  3M Case #
5  22604629 involves counterfeit 3M-brand N95 respirators relating to known counterfeit lot
6  numbers B20020 and B20522.  The Ugly Juice Defendants charged $4.10/unit and the two
7  related invoices totaled $12,792.00 with one invoice to be paid as late as January 7, 2021.  Not
8  only did this shipment of counterfeit 3M-brand N95 respirators involve lot Nos. B20020 and
9  B20522, it also contained the known counterfeit "Peru Seal." A true and correct copy of the
10 email I received from 3M on April 20, 2021, as well as true and correct selected and redacted
11 copies of the digital files I received via email from 3M are attached hereto as **Exhibit 1.**
12      3.      In addition, I saved true and correct digital copies of emails I received from
13 Defendant Dewar Gaines ("Gaines") on April 21, 2021 after 3M affected legal service on
14 Gaines at approximately 1:30pm (CST).  True and correct copies of the emails we exchanged
15 are attached hereto as **Exhibit 2.**
16      4.      Pursuant to these emails along with a 17 minute telephone conversation between
17 Gaines, Greg Lockwood (a partner at Gordon and Rees), and the undersigned on April 21, 2021,
18 Gaines acknowledged that he is the owner of Defendant RDGIV Holdings LLC and that he
19 agreed to work with 3M in good faith to swiftly and amicably resolve this matter. Gaines also
20 advised us that he was in the process of seeking legal counsel and that he was dealing with
21 family tragedy – both of which would prevent him from attending the 04-22-2021 hearing.
22      I declare under penalty of perjury under the laws of the United States of America that the
23 foregoing is true and correct.
24      Executed this 21th day of April, 2021 in Sacramento, California.

_____
Douglas Smurr

-2-
**SUPPLEMENTAL DECLARATION OF DOUGLAS SMURR ISO MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

# EXHIBIT 1

**From:** Cheryl         <ch        @mmm.com>
**Sent:** Tuesday, April 20, 2021 11:13 AM
**To:** Eva  <e          @mmm.com>; Greg Lockwood <wglockwood@grsm.com>; Ken     <k    @mmm.com>
**Cc:** Heather Coffey <hcoffey@grsm.com>; Douglas Smurr <dsmurr@grsm.com>; Violaine Brunet <vbrunet@grsm.com>
**Subject:** RE: Ugly Juice Motion for TRO/PI

Hi Greg,

We found another SF Report for Ugly Juice in which counterfeit product sales have been confirmed. The file is too large to send via email, so Ken will be sending the documents to you shortly.

Thanks!

Cheryl



Name Mandy
Task ✓
Due Date 4/19/2021
Assigned To ▬▬▬
Last Modified Date/Time 4/19/2021 1:55 PM
Comments  Additional To: ▬▬▬
CC:
BCC:
Attachment:

Subject: 3M Case # 22604629 || ▬▬▬
Body:
Hi Mandy,

Thank you for contacting the 3M COVID-19 Fraud Response Team. We have reviewed your submission and request that you provide some additional information such as:

- Seller name/City/State/Country

- Website link/ contact information of the seller if available.

- Information about their offers of 3M respirators: price and quantity.

-Email Thread

Thank you,

3M Covid-19 Fraud, Price Gouging and Counterfeit Product Response Team
500 Bielenberg Drive, Bldg. 583-05-01
Woodbury, MN 55125 | United States

1-800-426-8688
www.3M.com

Case Reference: ref: ▬▬▬

-------------- Original Message --------------
From: ▬▬▬ Mandy ▬▬▬
Sent: 19/04/2021 10:18 AM
To: covidfraud@mmm.com
Subject: [EXTERNAL] Counterfeit N95 mask-Major Hospital

Hello,

   Our facility has reason to believe we have purchased counterfeit 3M N95 masks. The lot #'s associated with this mask are B20020 and B20522. Can you please guide me in what I need to do to report this matter?

Thanks,

Mandy

**Good Use**
601 35th Avenue
San Francisco, CA  94121 US
+1 9516754697
sabrina@gooduse.com
www.gooduse.com

**Invoice  25427**



| BILL TO | SHIP TO | DATE | PLEASE PAY | DUE DATE |
|---|---|---|---|---|
| Mandy Lockridge<br>Major Hospital<br>2451 Intelliplex Dr.<br>Shelbyville, IN 46176<br>PO # 092841 | Mandy Lockridge<br>Major Hospital<br>2451 Intelliplex Dr.<br>Shelbyville, IN 46176 | 01/07/2021 | $7,872.00 | 01/07/2021 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **PPE:3M N95 1860S**<br>Size Small - 3M N95 1860S | 1,920 | 4.10 | 7,872.00 |

We appreciate your business! If you have
If you have any comments or questions, email us at any time at support@gooduse.com.

TOTAL DUE                                  $7,872.00

THANK YOU.

For a W-9, please reply to this invoice and we'll happily send it over. Thanks!

Good Use
601 35th Avenue
San Francisco, CA 94121 US
+1 9516754697
sabrina@gooduse.com
www.gooduse.com

Invoice 25418



**BILL TO**
Mandy Lockridge
Major Hospital
2451 Intelliplex Dr.
Shelbyville, IN 46176
PO #092697

**SHIP TO**
Mandy Lockridge
Major Hospital
2451 Intelliplex Dr.
Shelbyville, IN 46176

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 12/22/2020 | $4,920.00 | 12/22/2020 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| PPE:3M N95 1860<br>Size Regular - 3M N95 Mask Model #1860 - delivered on 12/04/2020 | 1,200 | 4.10 | 4,920.00 |

We appreciate your business! If you have

If you have any comments or questions, email us at any time at support@gooduse.com.

TOTAL DUE         $4,920.00

THANK YOU.

For a W-9, please reply to this invoice and we'll happily send it over. Thanks!





# EXHIBIT 2

**From:** Douglas Smurr
**Sent:** Wednesday, April 21, 2021 3:11 PM
**To:** 'Dewar Gaines' <dewar.gaines87@gmail.com>
**Cc:** Cynthia Duffy <cduffy@grsm.com>; Veronica Whitaker <vwhitaker@grsm.com>; Greg Lockwood <wglockwood@grsm.com>
**Subject:** RE: 3M Vs. Ugly Juice - Regarding the 04-22-2021 Zoom Status Conference Hearing

Dewar:

Thank you for your email.  I will advise the court of your situation in the declaration I will be filing with the court later this afternoon.

Once again, our thoughts are with you and your family.

Our best,

**DOUGLAS SMURR** | OF COUNSEL
**Gordon Rees Scully Mansukhani**
**YOUR 50 STATE PARTNER** ®

> **From:** Dewar Gaines <dewar.gaines87@gmail.com>
> **Sent:** Wednesday, April 21, 2021 2:50 PM
> **To:** Douglas Smurr <dsmurr@grsm.com>
> **Cc:** Cynthia Duffy <cduffy@grsm.com>; Veronica Whitaker <vwhitaker@grsm.com>
> **Subject:** Re: 3M Vs. Ugly Juice
>
> Mr. Smurr,
>
> Thank-you for your time this afternoon.  As we discussed, today at approximately 1:30 CST, a process server delivered my summons for the above referenced civil matter (3M vs. Ugly Juice).  Unfortunately, due to the late arrival of these summons, coupled with a family tragedy, I won't be able to obtain legal counsel by tomorrow morning for the zoom hearing with Judge Davila. Please let it be known that my lack of representation is not a dereliction of responsibility, yet simply a symptom of time constraints and familial responsibility.
>
> Furthermore, I want to reiterate that I am prepared to work alongside all parties involved to bring this matter to a swift and amicable resolution.
>
> Thank you again for your quick response and your condolences.
>
> Very Truly Yours,
>
> Dewar Gaines
> 205-767-9717

On Wed, Apr 21, 2021 at 3:05 PM Dewar Gaines <dewar.gaines87@gmail.com> wrote:
Mr. Smurr,

This email is a follow-up to the voicemail I left you regarding case 3:21-cv-02338, 3M vs. Ugly Juice. Please give me a call at your earliest convenience to discuss this matter, my personal cell phone number is below.

Best,

Dewar Gaines
205-767-9717